ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Puget Sound & Pacific Railroad | ) ASBCA No. 63062 |
| | ) |
| Under Contract No. N4425513RP00011 | ) |

APPEARANCE FOR THE APPELLANT:     Meghan A. Douris, Esq.
                                    Oles Morrison Rinker & Baker LLP
                                    Seattle, WA

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                     Navy Chief Trial Attorney
                                    Joshua S. Kauke, Esq.
                                     Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 19, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63062, Appeal of Puget Sound & Pacific Railroad, rendered in conformance with the Board's Charter.

Dated:  January 21, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals